BTXN 112 (rev. 10/02)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Elizabeth Trusty | § | Case No.:  23–30161–mvl7 |
| | § | Chapter No.:  7 |
| Debtor(s) | § | |

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  6/2/23                         FOR THE COURT:
                                       Robert P. Colwell, Clerk of Court

                                       by: /s/C. Ecker, Deputy Clerk